STANLEY ANDERSON et al., Respondents, *v.* NEW YORK SAVINGS BANK, Appellant.

Supreme Court, Appellate Term, First Department, June 27, 1944.

946

*Arthur J. Quinn* and *Richard L. Maloney, Jr.*, for appellant.

*Max R. Simon* for respondents.

MEMORANDUM *Per Curiam.* The allowance of $350 for attorney's fees should be reduced to $150.

Judgment modified by reducing the amount thereof to $951.49, and as modified affirmed, with costs to respondents, together with $50 for attorney's fees on the appeal. (*O'Neil* v. *Brooklyn Savings Bank,* 293 N. Y. 666).

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.

Judgment accordingly.